15CZ13519-RGS

Clark Mclean
Bristol County Sheriffs Office
400 Faunce Corner Rd.
N. Dartmouth MA 02747
(774) 218-6213

Lisa Ricchio
  Plaintiff
  V.S.
Clark Mclean
  Defendant

2015 DEC 7 PM 1:43
U.S. DISTRICT COURT
DISTRICT OF MASS.
FILED IN CLERKS OFFICE

I disagree with complaint numbers U.S. Css 1589-~~145~~ 1595
U.S. Css 1590-1595
U.S. Css 1591-1595
U.S. Css 1592-1595
U.S. Css 1593-1595
U.S. Css 1594-1595

