UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA RICCHIO,<br><br>    Plaintiff,<br><br>v.<br><br>BIJAL, INC. D/B/A SHANGRI-LA MOTEL, ASHVINKUMAR PATEL, SIMA PATEL, and CLARK McLEAN,<br><br>    Defendants. | C.A. NO. 1:15-cv-13519 |

## PEERLESS INDEMNITY INSURANCE COMPANY'S MOTION TO INTERVENE

Peerless Indemnity Insurance Company ("Peerless"), which is not currently a party to the above-captioned lawsuit, hereby moves that it be permitted to intervene in this lawsuit for the purposes of asserting a declaratory judgment complaint to determine its rights and obligations to Bijal, Inc. d/b/a Shangri-La Motel, Ashvinkumar Patel, Sima Patel, and Lisa Ricchio under a policy of liability insurance issued to Bijal, Inc. d/b/a Shangri-La Motel. Peerless further moves that it be permitted to intervene in this lawsuit for the purpose of proposing special questions to be submitted to the jury. This Motion seeks either intervention as of right (Fed. R. Civ. P. 24(a)) or permissive intervention (Fed. R. Civ. P. 24(b)). A copy of Peerless' proposed Complaint for Declaratory Judgment is attached hereto as Exhibit 1.

In support of this Motion, Peerless submits its Memorandum of Law, submitted herewith.

Respectfully submitted,

PEERLESS INDEMNITY INSURANCE
COMPANY

By Its Attorneys,

/s/ *John P. Graceffa*

John P. Graceffa, BBO #205920
jgraceffa@morrisonmahoney.com
Joseph H. Caffrey, BBO #544570
jcaffrey@morrisonmahoney.com
Brian A. Suslak, BBO #684453
bsuslak@morrisonmahoney.com
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210-1181
Phone:    617-439-7500
Fax:        617-342-4936

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 16, 2015.

  s/s *John P. Graceffa*
  _____