UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

LISA RICHIO
          Plaintiff

v.                                                          C.A. No.: 1:15-cv-13519-RGS

BIJAL, INC. d/b/a SHANGRI-LA MOTEL,
ASHVINKUMAR PATEL, SIMA PATEL and
CLARK McLEAN
          Defendants

## RESPONSE OF DEFENDANTS BIJAL, INC. D/B/A SHANGRI-LA MOTEL, ASHVINKUMAR PATEL, AND SIMA PATEL TO MOTION OF PEERLESS INSURANCE COMPANY TO INTERVENE

Defendants, Bijal, Inc., Ashvinkumar Patel and Sima Patel (hereinafter "these Defendants") by and through counsel hereby respond to the motion of their insurer, the Peerless Insurance Company ("Peerless") to intervene in this action as follows:

1. These Defendants believe that Peerless' interests may be amply protected by (a) filing its Declaratory Judgment action and (b) moving that the two cases be consolidated for discovery purposes to the full extent possible. Having proposed this alternative, these Defendants would not object to consolidation for that purpose.

2. With respect to any jury trial under circumstances in which Peerless were allowed to fully intervene without agreeing to indemnify its insureds, these Defendants would and will object to any evidence of insurance coverage or direct participation by Peerless.

3. Finally, due to the limited information currently available to the parties, these Defendants cannot comment on as yet undefined special jury interrogatory and/or instruction

requests (if any) by Peerless and trust that the court will defer consideration of that aspect of the motion until any such request is actually before the court.

                                        Defendants,
                                        By their Attorney,

                                        /s/ John B. Reilly
                                        John B. Reilly, Esq. (BBO# 545576)
                                        John Reilly & Associates
                                        8 North Main Street, Suite 304
                                        Attleboro, MA 02703
                                        Tel: (508) 222-1400
                                        Fax: (401) 272-2811
                                        jreilly@lawyers-online.us

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated : December 29, 2015

                                        /s/ John B. Reilly