# United States Court of Appeals
## For the First Circuit

No. 16-1680

LISA RICCHIO,

Plaintiff, Appellant,

v.

CLARK MCLEAN, ASHVINKUMAR PATEL, SIMA PATEL,
BIJAL, INC. d/b/a SHANGRI-LA MOTEL,

Defendants, Appellees.

**JUDGMENT**

Entered: April 5, 2017

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's judgment dismissing Lisa Ricchio's claims against defendants Bijal, Inc., Ashvinkumar Patel, and Sima Patel is reversed, and this case is remanded for further proceedings consistent with the opinion issued this day.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Hon. Richard G. Stearns
Robert Farrell, Clerk, United States District Court for the District of Massachusetts
Felicia H. Ellsworth
Cynthia D. Vreeland
Lucy Heenan Ewins
Jason H. Liss
Clark McLean
John B. Reilly
Michael David Resnick
John P. Graceffa
Marc K. Duffy
Shannon Capone Kirk