# United States Court of Appeals
## For the First Circuit

No. 16-1680

LISA RICCHIO

Plaintiff - Appellant

v.

CLARK MCLEAN; ASHVINKUMAR PATEL; SIMA PATEL; BIJAL, INC., d/b/a Shangri-La Motel

Defendants - Appellees

**MANDATE**

Entered: April 27, 2017

In accordance with the judgment of April 5, 2017, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Marc K. Duffy
Felicia H. Ellsworth
Lucy Heenan Ewins
John P. Graceffa
Shannon Capone Kirk
Jason H. Liss
Clark McLean
John B. Reilly
Michael David Resnick
Cynthia D. Vreeland