UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Lisa Ricchio,<br><br>        Plaintiff,<br><br>  and<br><br>Peerless Indemnity Insurance Company,<br><br>        Intervenor-Plaintiff,<br><br>  v.<br><br>Bijal, Inc. d/b/a/ Shangri-La Motel, Ashvinkumar Patel, Sima Patel, and Clark McLean,<br><br>        Defendants. | Civil Action No.: 1:15-cv-13519-FDS |

**PLAINTIFF LISA RICCHIO'S STIPULATION OF DISMISSAL UNDER
FED. R. CIV. P. 41(a)(1)(A)(ii)**

Plaintiff Lisa Ricchio hereby submits a stipulation of dismissal of her claims against Defendants Bijal, Inc., Ashvinkumar Patel, and Sima Patel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Parties Lisa Ricchio, Peerless Indemnity Insurance Co., Bijal, Inc., Ashvinkumar Patel, and Sima Patel have signed below. *See id.* All parties to this stipulation hereby waive all rights of appeal from the above-captioned matter.

Per this Court's order on December 2, 2019, Defendant Clark McLean has defaulted and Ms. Ricchio's claims against him have been severed from the above-captioned claims.

Dated: December 13, 2019 Respectfully submitted,

*/s/ Cynthia D. Vreeland*
Cynthia D. Vreeland, BBO #635143
cynthia.vreeland@wilmerhale.com
Felicia H. Ellsworth, BBO #665232
felicia.ellsworth@wilmerhale.com
Jason H. Liss, BBO #672902
jason.liss@wilmerhale.com
Kelli J. Powell, BBO # 682079
kelli.powell@wilmerhale.com
Eric L. Hawkins, BBO #693289
eric.hawkins@wilmerhale.com
Arjun K. Jaikumar, BBO #691311
arjun.jaikumar@wilmerhale.com
Aaron Macris, BBO # 696323
aaron.macris@wilmerhale.com Jillian
Schlotter, BBO #699264
jillian.schlotter@wilmerhale.com
James Bor-Zale, BBO #699125
james.bor-zale@wilmerhale.com

WILMER CUTLER PICKERING
 HALE and DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000
(617) 526-5000

*Attorneys for LISA RICCHIO*


*/s/ John B. Reilly*
John B. Reilly, BBO#545576
John Reilly & Associates
175 Kings Highway, Unit 1118
Punta Gorda, Florida 33983
Tel.:  508.222.1400
Fax:  401.272.2811
Email: JReilly@lawyers-Online.us

*/s/ David A. Sullivan*
David A. Sullivan, BBO# 555566
Geoffrey M. Aptt, BBO# 690701
Darrow Everett LLP
One Turks Head Place, Suite 1200
Providence, RI 02903
Tel.  401.453.1200
Fax  401.453.1201
Email: dsullivan@darroweverett.com
Email: gaptt@darroweverett.com

*/s/ Thomas R. Murphy*
Thomas R. Murphy, BBO# 546759
Law Offices of Thomas R. Murphy, LLC
123 Washington St.
2nd Floor
Salem, MA 01970
Tel. 978.740.5575
Fax. 978.740.5590
Email: tmurphy@trmlaw.net


*Attorneys for BIJAL, INC. d/b/a SHANGRI-LA MOTEL, ASHVINKUMAR PATEL and SIMA PATEL*


/s/ *Kevin Truland*_____
Kevin Truland, BBO #503340
ktruland@morrisonmahoney.com
Joseph H. Caffrey, BBO #544570
jcaffrey@morrisonmahoney.com
Brian A. Suslak, BBO #684453
bsuslak@morrisonmahoney.com MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210-1181
Phone:    617-439-7500
Fax:         617-342-4936

*Attorneys for PEERLESS INDEMNITY INSURANCE COMPANY* and *PEERLESS INSURANCE CO.*

## **CERTIFICATE OF SERVICE**

      I, Cynthia Vreeland, hereby certify that a true copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on December 13, 2019.  In addition, I hereby certify that a true copy of the above document will be mailed by First Class Mail on December 13, 2019, to:

Clark McLean<br>
39 O'Donnell Drive<br>
Attleboro, MA 02073

                                             */s/ Cynthia Vreeland*
                                             Cynthia Vreeland