|  |  |  |
|---|---|---|
| LISA RICCHIO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. |
| v. | ) | 15-13519-FDS |
| | ) | |
| BIJAL, INC. d/b/a SHANGRI-LA MOTEL; | ) | |
| ASHVINKUMAR PATEL; SIMA PATEL; | ) | |
| and CLARK McLEAN, | ) | |
| | ) | |
| Defendants, and | ) | |
| | ) | |
| | ) | |
| PEERLESS INDEMNITY INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Intervenor-Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LISA RICCHIO; BIJAL, INC. d/b/a | ) | |
| SHANGRI-LA MOTEL; | ) | |
| ASHVINKUMAR PATEL; SIMA PATEL; | ) | |
| and CLARK McLEAN, | ) | |
| | ) | |
| Intervenor-Defendants. | ) | |
| | ) | |

### ORDER ON MOTION OF PLAINTIFF MOTION FOR
### DEFAULT JUDGMENT AGAINST DEFENDANT CLARK MCLEAN

**SAYLOR, J.**

On December 2, 2019, the Court found defendant Clark McLean to have defaulted in this

case for failure to comply with pre-trial requirements and failure to participate in nearly all other

aspects of the litigation.

On December 13, 2019, plaintiff Lisa Ricchio filed an application for default judgment against McLean pursuant to Fed. R. Civ. P. 55(b)(2).  Plaintiff seeks no damages or equitable relief, nor does she intend to seek future damages from him arising out of this case.  Accordingly, no hearing or further fact-finding is necessary under Fed. R. Civ. P. 55(b)(2) ("The Court *may* conduct hearings or make referrals . . . when, to enter or effectuate judgment, it needs to: (A) conduct an accounting; (B) determine the amount of damages; (C) establish the truth of any allegation by evidence; or (D) investigate any other matter.") (emphasis added).

Because McLean has defaulted and no hearing is necessary, plaintiff Lisa Ricchio's application for default judgment against defendant Clark McLean is GRANTED.  The clerk is directed to enter judgment in favor of plaintiff, without any award of relief.

**So Ordered.**

<table>
<tr><td></td><td>/s/  F. Dennis Saylor IV</td></tr>
<tr><td></td><td>F. Dennis Saylor IV</td></tr>
<tr><td>Dated:  December 19, 2019</td><td>United States District Judge</td></tr>
</table>