# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Lisa Ricchio
    Plaintiff(s)

v.        CIVIL ACTION NO. 1:15-cv-13519-FDS

Clark McLean et al
    Defendant(s)

## JUDGMENT IN A CIVIL CASE

**Saylor U.S.D.J**

**IT IS ORDERED AND ADJUDGED:** Because McLean has defaulted and no hearing is necessary, plaintiff Lisa Ricchio's application for default judgment against defendant Clark McLean is GRANTED.

              ROBERT M. FARRELL
              CLERK OF COURT

Dated: 12/19/2019

              By /s/ Taylor Halley
              Deputy Clerk